**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE FUQUA, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MERASTAR INSURANCE COMPANY, a corporation; KEMPER CORPORATE SERVICES, an unknown entity; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV 24-6672-DMG (MAAx)<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING ARBITRATION AND DISMISSAL [16]** |

The Court, having reviewed the Parties' Joint Stipulation regarding Arbitration and Dismissal of Class Action Claims Without Prejudice, hereby **APPROVES** the Stipulation and **ORDERS** as follows:

1. Plaintiff's individual claims are hereby compelled to individual arbitration pursuant to applicable law and the terms of the subject National Arbitration Agreement;

2. Plaintiff shall pursue her claims on an individual basis only in arbitration and shall not proceed as a representative on a classwide basis as to putative class members. Accordingly, Plaintiff's putative class claims are hereby **DISMISSED without prejudice** as to the putative class members;

3. Defendants shall pay all costs that are unique to arbitration, aside from any initial filing or similar fee that would not exceed what Plaintiff would have to pay to file a claim in court;

4. Notwithstanding the Parties' Stipulation, Defendants reserve the right to enforce the terms of the National Arbitration Agreement at any time;

5. Defendants' Motion to Compel Arbitration [Doc. # 14] is **DENIED** as moot and the hearing on the Motion, scheduled for September 27, 2024, is **VACATED**; and

5. This action is dismissed without prejudice and administratively closed, but the Court shall retain jurisdiction to confirm, correct, or vacate any arbitration award, and perform any other roles as permitted by applicable law.

IT IS SO ORDERED.

DATED: September 9, 2024

*/s/ Dolly M. Gee*

———————————————————
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE